**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6798**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DWIGHT LAMONT HUNTER, a/k/a Dee,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:94-cr-00111-GCM-12)

Submitted: June 15, 2010          Decided:  June 22, 2010

Before MICHAEL,[*] MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Lamont Hunter, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

---

    [*] Judge Michael was a member of the original panel but did not participate in this decision.  This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Dwight Lamont Hunter appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hunter, No. 3:94-cr-00111-GCM-12 (W.D.N.C. Apr. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED